SCHNEIDER NATIONAL CARRIERS,
Petitioner,

v.

WORKERS' COMPENSATION
APPEAL BOARD (Beardon),
Respondent.

Supreme Court of Pennsylvania.

Dec. 20, 2001.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2001, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court is reversed. *See Universal Am–Can, Ltd. v. W.C.A.B. (Minteer),* 563 Pa.480, 762 A.2d 328 (2000).